

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00301-CR

| | | |
|---|---|---|
| Michael L. Jordan | § | From the 432nd District Court |
| | § | of Tarrant County (1274694R) |
| v. | § | June 26, 2014 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bob McCoy_____
    Justice Bob McCoy